# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 8:23-cv-01534-CJC-DFM | Date | October 12, 2023 |
|---|---|---|---|
| Title | Angela Roland v. Experian Information Solutions, Inc. et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Rolls Royce Paschal | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO DISCOVER BANK**

It is a plaintiff's responsibility to prosecute its case diligently.   That includes, where applicable, promptly (a) filing stipulations extending a defendant's time to respond to the complaint, (b) pursuing default and remedies under Federal Rule of Civil Procedure 55 when a defendant fails to timely respond to the complaint, or (c) dismissing a case the plaintiff has chosen not to pursue for any reason.

Here, the parties filed a stipulation for extension of time to file response as to complaint, yet the deadline for **Defendant Discover Bank** to respond to the Complaint has passed and Plaintiff has taken no action.   Accordingly, the Court, on its own motion, hereby **ORDERS** Plaintiff to show cause in writing, no later than **October 17, 2023** why this defendant should not be dismissed for lack of prosecution.   As an alternative to a written response by Plaintiff, the Court will consider as an appropriate response to this OSC the filing of one of the following on or before the above date:

1. Plaintiff's Request for Entry of Default as to *the Defendant* or Defendant's Answer;

2. A stipulation extending *the Defendant's* time to respond to the Complaint that complies with Local Rule 8.3, or

3. A Notice of Voluntary Dismissal (Fed. R. Civ. P. 41) as to the *Defendant*.

No oral argument will be heard on this matter unless ordered by the Court.   The Order will stand submitted upon the filing of a timely and appropriate response.   Failure to file a timely and appropriate response to this Order may result in dismissal.

|  | - | : | - |
|---|---|---|---|
| Initials of Deputy Clerk | rrp | | |